50 P.3d 974

# SUPREME COURT OF HAWAI'I

## June 13, 2002

| 23875 | State v. Perry | Affirmed |
|-------|----------------|----------|

## June 19, 2002

| 22788 | State v. Kosi | Affirmed |
|-------|---------------|----------|

## June 20, 2002

| 24386 | Doe, In re | Affirmed |
|-------|------------|----------|

## June 24, 2002

| 23338 | Empress Restaurant & Nightclub, Inc. v. Longevity Intern. Enterprises Corp. | Affirmed |
|-------|------------------------------------------------------------------------------|----------|

## June 25, 2002

| 22986 | Small Landowners Ass'n v. City and County of Honolulu | Vacated and Remanded |
|-------|--------------------------------------------------------|----------------------|
| 23876 | State v. McCulloch | Affirmed |
| 24135 | State v. Uejo | Affirmed |

## June 27, 2002

| 24032 | State v. Montero | Vacated and Remanded |
|-------|------------------|----------------------|

## July 9, 2002

| 24377 | French v. French | Vacated |
|-------|------------------|---------|
| 24254 | Myers v. Administrative Director of Courts | Affirmed |
| 24379 | Silva v. Administrative Director of Courts | Affirmed |
| 23857 | State v. Bundy | Affirmed |
| 24069 | State v. Ferreira | Affirmed |
| 24299 | State v. Jeffries | Affirmed |
| 23423 | State v. Kaiwi | Vacated and Remanded |